# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| | Case No.: 18-15328 |
| Marjani D. King | Chapter 13 |
| | Judge Magdeline D. Coleman |
| Debtor(s) | * * * * * * * * * * * * * * * * * * |
| | |
| Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto | Date and Time of Hearing |
| | Place of Hearing |
| Movant, | August 6, 2019 at 10:30 a.m. |
| vs | |
| | U.S. Bankruptcy Court |
| Marjani D. King | 900 Market Street, Courtroom #2 |
| Alexander Harris | Philadelphia, PA, 19107 |
| | |
| WILLIAM C. MILLER, Esq. | |
| Respondents. | |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY TO PERMIT WELLS FARGO BANK, N.A., D/B/A WELLS FARGO AUTO TO REPOSSESS 2015 CHEVROLET IMPALA, VIN# 1G1115SL6FU118893

Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto (the "Creditor") moves this Court, under Bankruptcy Code §§ 361, 362, 363, 1301, and other sections of Title 11 of the United States Code, and under Federal Rules of Bankruptcy Procedure 4001 and 6007 for an order conditioning, modifying, or dissolving the automatic stay imposed by Bankruptcy Code § 362, and the Co-Debtor Stay imposed by Bankruptcy Code § 1301, and avers as follows:

1.  This is an action arising pursuant to a case under Title 11 of the United States Code.

2.  Creditor is a lending institution duly authorized to conduct business in the Commonwealth of Pennsylvania.

3.  Creditor is a party-in-interest in the above referenced Bankruptcy matter as it is a secured creditor of the Debtor.

19-023081_EJS1

4. Marjani D. King ("Debtor") filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on August 10, 2018, ("Petition").

5. Debtor and Alexander Harris ("Co-Debtor") are currently obligated to Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, under the terms of a certain Retail Installment Contract Simple Finance Charge, dated February 11, 2016, in the original principal amount of $23,315.84 executed by Debtor and Co-Debtor (hereinafter "Note") for the purchase of a 2015 Chevrolet Impala, VIN# 1G1115SL6FU118893 (the "Collateral"), attached hereto as Exhibit "A".

6. As security for repayment of the Note, Debtor and Co-Debtor caused the title to the Collateral to be delivered to Creditor. As a result, Creditor is the holder of a security interest encumbering the Collateral. A copy of the Lien and Title Information (the "Title") is attached hereto as Exhibit "B".

7. Creditor's best information is that there is no other entity claiming a lien on the Collateral.

8. Debtor has failed to make post-petition payments for the past 10 months, as of June 13, 2019.

9. Due to said failure by Debtor and Co-Debtor to make payments when due, Creditor lacks adequate protection of its security interest in the Collateral.

10. The total loan balance and the amount past due to Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto in post-petition arrearages are $17,361.35 and $4,147.98, respectively, as of June 13, 2019.

11. The value of the Collateral is $14,250.00 according to the NADA Used Cars/Trucks guide ("NADA guide"). A copy of the NADA guide is attached as Exhibit "C".

12. Debtor and Co-Debtor have no equity in the Collateral and the Collateral is not needed by Debtor for reorganization. Based upon the lack of equity in the Collateral, Creditor asserts that it is burdensome and of inconsequential value and benefit to the estate.

13. The automatic stay of Section 362 of the Bankruptcy Code should be terminated with respect to the interest of Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto in the Collater, pursuant to Section 362(d)(1).

14. The Co-Debtor Stay of Section 1301 of the Bankruptcy Code should be terminated with respect to the interest of Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto in the Collateral, pursuant to Section 1301(c).

WHEREFORE, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto respectfully requests this Honorable Court to enter an order terminating the Automatic Stay and Co-Debtor Stay as they affect the interest of Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto in the Collateral of the Debtor specifically identified in the Note, and granting such other relief as this Honorable Court may deem just.

Respectfully submitted,

/s Karina Velter
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

19-023081_EJS1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 18-15328** |
| **Marjani D. King** | : | **Chapter 13** |
| | : | **Judge Magdeline D. Coleman** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | : | **Date and Time of Hearing** |
| | : | **Place of Hearing** |
| **Movant,** | : | **August 6, 2019 at 10:30 a.m.** |
| | : | |
| vs | : | |
| | : | **U.S. Bankruptcy Court** |
| **Marjani D. King** | : | **900 Market Street, Courtroom #2** |
| **Alexander Harris** | : | **Philadelphia, PA, 19107** |
| | : | |
| **WILLIAM C. MILLER, Esq.** | | |
| **Respondents.** | | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion for Relief from the Automatic Stay and Co-Debtor Stay to permit Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto to repossess 2015 Chevrolet Impala, VIN# 1G1115SL6FU118893 was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

WILLIAM C. MILLER, Esq., Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105

Brad J. Sadek, Attorney for Marjani D. King, Sadek and Cooper, 1315 Walnut Street, Suite 502, Philadelphia, PA 19107, brad@sadeklaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on July  9 , 2019:

Marjani D. King and Alexander Harris, 25 N. Yewdall Street, Philadelphia, PA 19139

DATE:  July 9, 2019

/s Karina Velter
Karina Velter, Esquire (94781)

19-023081_EJS1

Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

19-023081_EJS1